AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Southern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br>DONG PYOU HAN<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 4:14-mj-00142 |

*RECEIVED 2014 JUN -4 PM 5:06 U.S. MARSHALS SERVICE Southern District of Iowa*

## ARREST WARRANT

To: Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DONG PYOU HAN                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   False Statements, in violation of Title 18, United States Code, Sections 1001 and 2.

Date: 06/04/2014

*Issuing officer's signature*

City and state: Des Moines, Iowa

Ross A. Walters, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/4/14, and the person was arrested on *(date)* 6/16/2014
at *(city and state)* CLEVELAND, OH.

Date: 6/16/14

*Arresting officer's signature*

Dpsn Justin Buell
*Printed name and title*