Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of OHIO, EASTERN DIVISION

| UNITED STATES OF AMERICA V. | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|
| DONG PYOU HAN | MAGISTRATE JUDGE MCHARGH |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 1:14MJ2083 | 1:14MJ142 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

**charging a violation of**   18   **U.S.C. §**   1001 and 2

**DISTRICT OF OFFENSE**
False Statements

**DESCRIPTION OF CHARGES:**

False Statements

**CURRENT BOND STATUS:**

X  Bail fixed at   $20,00 unsecured   and conditions were met

**Representation**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☐ No   X Yes   Language: KOREAN

The defendant has been released on bond under the Bail Reform Act of 1984, 18 U.S.C. Section 3141-3143, and has been ordered to appear in the

| June 16, 2014 | /s Kenneth S. McHargh |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |