Interpreter,Termed

# U.S. District Court
## Northern District of Ohio (Cleveland)
## CRIMINAL DOCKET FOR CASE #: 1:14-mj-02083-KSM-1

Case title: United States of America v. Han  
Other court case number: 4:14MJ142 USDC-SDIA

Date Filed: 06/16/2014  
Date Terminated: 06/16/2014

Assigned to: Magistrate Judge Kenneth S. McHargh

### Defendant (1)

**Dong Pyou Han**  
*Korean Interpreter Required*  
*TERMINATED: 06/16/2014*

represented by **Darin Thompson**  
Office of the Federal Public Defender - Cleveland  
Northern District of Ohio  
750 Skylight Office Tower  
1660 West Second Street  
Cleveland, OH 44113  
216-522-4856  
Fax: 216-522-4321  
Email: darin_thompson@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1001 and 2; False Statements | |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Mary Kendra Klump** |
| | | Office of the U.S. Attorney - Cleveland |
| | | Northern District of Ohio |
| | | Ste. 400 |
| | | 801 Superior Avenue, W |
| | | Cleveland, OH 44113 |
| | | 216-622-3689 |
| | | Fax: 216-522-8355 |
| | | Email: kendra.klump@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2014 | | Arrest (Rule 40) of Dong Pyou Han on 6/16/14. (R,N) (Entered: 06/16/2014) |
| 06/16/2014 | 1 | Rule 40 Warrant received as to Dong Pyou Han (Attachments: # 1 Complaint) (R,N) (Entered: 06/16/2014) |
| 06/16/2014 | | Case unsealed as to Dong Pyou Han (R,N) (Entered: 06/16/2014) |
| 06/16/2014 | | **Minutes of proceedings** [non-document] before Magistrate Judge Kenneth S. McHargh. Initial Appearance in Rule 5(c)(3) Proceedings as to Dong Pyou Han held on 6/16/2014. AUSA Mary Kendra Klump present for United States of America; Attorney Darin Thompson present and appointed counsel for Dong Pyou Han. Interpreter Kun Lee also present. Defendant executed a waiver of identity hearing, production of the warrant, and any preliminary or detention hearing to which he may be entitled in the NDOH. He requested that those hearings be held in the prosecuting district, at a time set by that Court, if need be. Government did not move for detention and the Defendant was released on a $20,000 unsecured appearance bond. An initial appearance is set for 6/24/14 at 2:00 p.m. in Des Moines, IA before Magistrate Judge Celeste F. Bremer, Room 435, 4th Floor.(Court Reporter: ECRO (M. McDowell)) Time: 30 minutes. (R,N) (Entered: 06/16/2014) |
| 06/16/2014 | 2 | CJA 23 Financial Affidavit by Dong Pyou Han. Approved by Magistrate Judge Kenneth S. McHargh on 6/16/143. (R,N) (Entered: 06/16/2014) |
| 06/16/2014 | 3 | Waiver of Rule 5(c)(3) Hearing by Dong Pyou Han (R,N) (Entered: 06/16/2014) |
| 06/16/2014 | 4 | Appearance Bond Entered as to Dong Pyou Han in amount of $ 20,000, unsecured. Approved by Magistrate Judge Kenneth S. McHargh (R,N) (Entered: 06/16/2014) |
| 06/16/2014 | 5 | **Order** Setting Conditions of Release as to Dong Pyou Han (1) $20,000 unsecured. Signed by Magistrate Judge Kenneth S. McHargh on 6/16/14. (R,N) (Entered: 06/16/2014) |
| 06/16/2014 | 6 | Warrant of Removal to Southern District of Iowa Issued as to Dong Pyou Han by Magistrate Judge Kenneth S. McHargh. (R,N) (Entered: 06/16/2014) |

| 06/16/2014 | Notice to SDIA of a Rule 5 or Rule 32 Initial Appearance as to Dong Pyou Han. Your case number is: 1:14MJ142. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 6 Warrant of Removal Issued, 4 Bond, 2 Financial Affidavit - CJA23, 1 Rule 40 Warrant from Another District, 3 Waiver of Rule 5(c)(3) Hearing, 5 Order Setting Conditions of Release. If you require certified copies of any documents, please send a request to ohndml_InterDistrictTransfer@ohnd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (R,N) (Entered: 06/16/2014) |

| **PACER Service Center** ||||
|---|---|---|---|
| **Transaction Receipt** ||||
| 06/17/2014 08:59:59 ||||
| **PACER Login:** | us8632 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:14-mj-02083-KSM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |