IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:14-cr-00078 |
| | ) | |
| vs. | ) | |
| | ) | DEFENDANT'S MOTION TO |
| DONG PYOU HAN, | ) | CONTINUE TRIAL AND |
| | ) | PRETRIAL MOTION DEADLINE |
| Defendant. | ) | |

Defendant Dong Pyou Han, through counsel, moves for a continuance of the trial currently scheduled for November 3, 2014, and an extension of the deadline for filing pretrial motions. In support of this motion, counsel states as follows:

1. The defendant is charged in an indictment with four counts alleging violation of 18 U.S.C. §§ 1001(a)(2) and 2.

2. Discovery in this case is voluminous, numbering in the tens of thousands of pages of material, and covering esoteric and dense subject matter. The Defendant also requires that documents and communication be translated and conducted with the assistance of a Korean interpreter in order to ensure his full understanding of the subjects being discussed. More time is needed to continue to process and review discovery with the Defendant, investigate the case, and conduct plea negotiations. A proposed plea agreement has recently been received, but will need to be translated into Korean, and then discussed with the assistance of an interpreter with the Defendant. The plea agreement may result in a non-trial disposition of this case, but more time may be necessary to conduct and complete any further negotiations. In the event the case eventually proceeds to trial, more time is necessary to prepare. Rather than continue the case on the monthly rotating trial calendar, the parties believe that a continuance to a potential date

certain in the future would be beneficial for scheduling and resource purposes. The parties agree that a trial date in February 2015 would likely be sufficient time to either have the case resolved via plea agreement, or be prepared to go to trial.

3. The government has indicated that it does not resist this motion.

4. Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, the period would be excludable time for speedy trial purposes.

5. The defendant is on pretrial release.

6. Trial in this matter has previously been continued on a monthly basis. This is the third motion to continue trial filed in this case.

Defendant Dong Pyou Han respectfully requests a continuance of the current trial date of November 3, 2014, to a date in February 2015, and an extension of the deadline for filing pretrial motions.

    /s/ Joseph Herrold
Joseph Herrold
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: joe_herrold@fd.org

CERTIFICATE OF SERVICE
I hereby certify that on October 16, 2014, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
    /s/ Theresa McClure