United States District Court
Southern District of Iowa

Presiding: Honorable
Criminal No. : Clerk's Court Minutes - Plea

..................................................................................................................................

United States of America : Gov. Atty(s)
     vs. : Def. Atty(s)
: Court Reporter:
: Interpreter:
:

..................................................................................................................................

Date: : Indictment    Superseding Indictment
Time Start: : Information
Time End: : In    Counts - Code Violation:
.................................................... :

Waiver of Indictment filed:
Information filed:
Arraignment conducted:
Plea Agreement filed:     Court satisfied with:
Plea agreement terms     Factual basis:
   acceptable to Court:     Voluntariness:
Statement by deft. In advance     Competency to plea:
   of plea of guilty filed:     Court accepts plea:
Deft. Plea of guilty     Court rejects plea:
   count(s):     RUKT"f kuenquwtg"f cvg:
Defendant Sworn:     Bond previously set:
Deft. advised of sentencing     Bond continued:
   guidelines:     Bond changed to:
Deft. advised of crime     Deft. Committed:
   victim fund assessment:
Deft. Advised of right to     Sentencing set for:
   jury trial:
Detention hearing conducted:
..................................................................................................................................
Minutes:

_____
Deputy Clerk