United States District Court
Southern District of Iowa

Date: July 1, 2015
In Session at: 10:25 AM
Recessed at: 11:40 AM

## CLERK'S COURT MINUTES- SENTENCING

Presiding: Honorable  James E. Gritzner
Attorney(s) for Government: Rachel J. Scherle
Attorney(s) for Defendant: Joseph D. Herrold
Criminal Number: 4:14-cr-00078-JEG-CFB  :  Court Reporter: Terri Martin
UNITED STATES OF AMERICA,  :  Interpreter: Choon Sihn Youn
vs.  :  ✔ Indictment  ☐ Information in    Ct(s)
 :  Code Violation/Offense:
DONG PYOU HAN  :  18 U.S.C. § 1001(a)(2) (False Statements)

Defendant appeared on 2/25/2015 and pled guilty to Ct(s) 1 and 2 and reaffirms plea. ☐ Jury ☐ Court verdict of guilty to Ct(s)    returned on    .

Minutes:

Def present w/ counsel. Interpreter present, sworn. Ct accepts plea agreement and agrees to be bound. Ct confirms PSIR was translated and Def read it. Counsel have no objections to material factual findings of PSIR; Ct accepts PSIR for purposes of sentencing. Counsel present sentencing arguments. Def allocutes. Gov Sentencing Exhibits 1-3, ECF Nos. 59-1, 59-2, and 59-3, admitted into evidence. Ct considers arguments, 3553(a) factors, imposes sentence. Counts 3 and 4 dismissed on Gov motion. Ct advises Def of appellate rights. Def to remain on conditions of prior release.

Court adopts findings of final PSIR without change ☐    of PSIR as amended ☐

Judgment:

Defendant sentenced to 57 months imprisonment on Counts 1 and 2 of the Indictment to run concurrently; three years supervised release; $7,216,890.12 in restitution; $100 special assessment on each count for a total of $200.

ORDERED, Restitution: $7,216.890.12
ORDERED, Crime Victims Fund Assessment: $200.00           Fine: $0.00
ORDERED, Count(s) Dismissed: 3 and 4         Gov. motion ☐  Deft. motion ☐
ORDERED, Commitment withheld until        at          .
BOND previously set:              Bond continued ☐  Deft. committed ☐

/s/ Wade S. Hauser
Deputy Clerk